**Order issued December 30, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-09-00997-CV

———————————

**CARLTON ENERGY GROUP, LLC, Appellant/Cross-Appellee**

**V.**

**GENE E. PHILLIPS, INDIVIDUALLY AND D/B/A PHILLIPS OIL INTERESTS L.L.C., EURENERGY RESOURCES CORPORATION, SYNTEK WEST, INC. AND CABELTEL INTERNATIONAL CORPORATION, Appellees/Cross-Appellants**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2006-80212**

---

**MEMORANDUM ORDER**

On May 8, 2015, the Texas Supreme Court reversed in part our February 14, 2012 judgment in this case and remanded the case to this Court "for further proceedings in accordance with [its] opinion." On remand, cross-appellants, Gene E. Phillips, individually and doing business as Phillips Oil Interests L.L.C., EurEnergy Resources Corporation, formerly known as EurEnergy Resources LLC, Sytnek West, Inc., and CabelTel International Corporation, now known as New Concept Energy, Inc., have filed an "Opposed Motion for Leave to File Supplemental Briefing."

The motion is **granted**. Cross-appellants may file a supplemental brief no later than 20 days after the date of this order. *See* TEX. R. APP. P. 38.6(d). Cross-appellants' brief may not exceed 6,000 words and must be limited in substance to addressing the issue of the factual sufficiency of the evidence supporting the jury's damages award. *See* TEX. R. APP. P. 9.4. Any response by cross-appellee, Carlton Energy Group, LLC, must be filed within 20 days after the date cross-appellants' brief is filed and must not exceed 6,000 words. *See* TEX. R. APP. P. 9.4, 38.6(d). The Court will not grant extensions of time to file briefs. *See* TEX. R. APP. P. 38.6(d).

This case is set for submission **at 1:30 p.m. on February 17, 2016** before a Panel consisting of Justice Jennings, Justice Higley, and Justice Lloyd. The Court

2

will hear oral argument.  Each side will be allowed 20 minutes to argue.  *See* TEX.

R. APP. P. 39.8.  Cross-appellants may reserve part of their time for rebuttal.

It is so **ORDERED**.

## PER CURIAM

Panel consists of Justices Jennings, Higley, and Lloyd.